[RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:]

**Trustee Corps
2112 Business Center Drive,
2nd floor
Irvine, CA  92612**

The undersigned hereby affirms that there is no
Social Security number contained in this document.

[SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY]

Trustee Sale# **NV0938608-2**   Loan # **176638947**   Order # **090211015**

# NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED **07/10/2007**.  UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On **10/26/2009** at **10:00AM**, **MTC FINANCIAL, INC. dba TRUSTEE CORPS** as the duly appointed Substituted Trustee under and pursuant to Deed of Trust **Recorded on 07/17/2007 as Document No. 20070717-0002566** of official records in the Office of the Recorder of **Clark** County, **NEVADA**, executed by **SERGIO G HERNANDEZ, AND MARIA T HERNANDEZ, HUSBAND AND WIFE AS JOINT TENANTS** as Trustor, **COUNTRYWIDE HOME LOANS, INC.** as Beneficiary,

**WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH**  (payable at time of sale in lawful money of the United States, by cash cashier's check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 to the Fincancial Code and authorized to do business in this state).  AT: **THE FRONT ENTRANCE TO THE NEVADA LEGAL NEWS LOCATED AT 930 S. 4TH STREET, LAS VEGAS, NV.**

The property heretofore described is being sold "as is".  All right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State describing the land therein:
**A.P.N. # 161-20-810-020**

**LOT NINE HUNDRED TWELVE (912) IN BLOCK TWENTY-SEVEN (27) OF DESERT HILLS
UNIT NO. 10, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 13 OF PLATS, PAGE 3, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

The street address and other common designation, if any, of the real property described above is purported to be:  **4780 BENNETT DR, LAS VEGAS, NV  89121-6904.**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.  Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the Note(s) secured by said Deed of Trust, with interest thereon, as provided in said Note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.  The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Trustee's Sale is:  **$221,415.29** (estimated amount).  Accrued interest and additional advances, if any, will increase this figure prior to sale.

**A person who purchases property pursuant to every sale made under the provisions of NRS Chapter 107, is not a bona fide purchaser and the sale may be declared void if the Trustee or other persons authorized to make the sale does not substantially comply with the provisions of NRS Chapter 107.**

Trustee Sale# **NV0938608-2**   Loan # **176638947**   Order # **090211015**

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.**

In order to contact the Nevada Ombudsman's Office please call (877) 829-9907

In order to contact Bank Of America Home Loans for assistance in working something out to avoid the foreclosure call (805) 520-5761

The Beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the County where the real property is located and more than three months have elapsed since such recordation.

DATED: **10/05/2009**

**TRUSTEE CORPS, as Successor Trustee**

_____
**By:   ERNIE AGUILAR, Authorized Signature**


State of **CALIFORNIA**
County of **ORANGE**

On **10/05/2009** before me, _____, a notary public, personally appeared _____ ERNIE AGUILAR _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


_____
Notary Public


*TRUSTEE CORPS*
2112 BUSINESS CENTER DRIVE, 2ND FLOOR, IRVINE, CA  92612
FOR SALE INFORMATION CONTACT:  (714) 573-1965, (714) 573-7777, (949) 252-8300
FOR REINSTATEMENT / PAY OFF REQUESTS CONTACT:  (949) 252-8300