**BK Attorney Services, LLC**

PO Box 1028
Davenport, WA  99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Oct 15, 2009    TIME RECEIVED: 06:45PM    TOTAL SERVED: 2

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:    Sergio Hernandez                                    CASE NO: 09-18603
          Maria Hernandez

                                                              CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:    Haines & Krieger, LLC
ADDRESS              1020 Garces Ave
                     Las Vegas, NV 89101

The undersigned, does hereby certify the following to be true and correct.

On Friday, October 16, 2009, a copy of the following documents, described below,

**Amended Motion**
**AIS**
**Debtor's Affidavit**
**Motion for OST**
**Order on OST**
**Notice of Sale**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

I, Jay Jump, declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: October 16, 2009

Jay Jump
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

*Certificate of Service & Master Mailing List*

Wilde & Associates
RE: Wells Fargo Bank, NA
208 S. Jones Blvd.
Las Vegas, NV 89107

Tiffany & Bosco, PA
RE: Wells Fargo Bank, NA
2525 E. Camelback Road, Suite 300
Phoenix, AZ 85016