**Search Results**

Showing **1 - 100** of **2940**

Searched for the name **'Hernandez, S'** in **ALL DOCUMENT TYPES** type documents from **'1/1/1988'** to **'10/19/2009'**

You must login to purchase documents. [ Click Here to Login. ]

**1** 2 3 4 5 6 7 8 9 10 ...

| [row] | PartyType | First Party Name | First Cross Party Name | Instrument # | Document Type | Modifier | RecordDate | Parcel # | Remarks | Total Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | From | HERNANDEZ, SERGIO V | | 200910150001320 | HOMESTEAD | | 10/15/2009 | 191-04-211-031 | | $0.00 |
| 2 | From | HERNANDEZ, SERGIO HERNANDEZ | TAN, BETTY | 200910060002147 | MARRIAGE CERTIFICATE | | 10/6/2009 | | | $0.00 |
| 3 | From | HERNANDEZ, SERGIO G | COUNTRYWIDE HOME LOANS SERVICING LP | 200910060001069 | ASSIGNMENT | | 10/6/2009 | 161-20-810-020 | | $0.00 |
| 4 | From | HERNANDEZ, SERGIO G | MTC FINANCIAL INC | 200910060001070 | NOTICE OF TRUSTEE SALE | | 10/6/2009 | 161-20-810-020 | | $0.00 |
| 5 | From | HERNANDEZ, SALVADOR GARCIA | CITIMORTGAGE INC | 200910010003788 | ASSIGNMENT | | 10/1/2009 | 139-10-411-065 | TEXT IN LEFT AND BOTTOM MARGIN | $0.00 |
| 6 | From | HERNANDEZ, SALVADOR GARCIA | CAL-WESTERN RECONVEYANCE CORPORATION | 200910010003789 | SUBSTITUTION | TRUSTEE | 10/1/2009 | 139-10-411-065 | TEXT IN LEFT AND BOTTOM MARGIN | $0.00 |
| 7 | From | HERNANDEZ, SANDRA | BAC HOME LOANS SERVICING LP | 200910010003410 | ASSIGNMENT | | 10/1/2009 | 177-25-516-006 | | $0.00 |
| 8 | From | HERNANDEZ, SANDRA | RECONTRUST COMPANY NA | 200910010003411 | SUBSTITUTION | TRUSTEE | 10/1/2009 | 177-25-516-006 | | $0.00 |
| 9 | To | HERNANDEZ SILVIA | HSBC BANK USA NA EE | 200909280005667 | DEED | | 9/28/2009 | 125-28-811-009 | TEXT IN RIGHT MARGIN PG 1 | $135,000.00 |
| 10 | From | HERNANDEZ, SILVIA | WJ BRADLEY MORTGAGE CAPITAL CORP | 200909280005668 | DEED OF TRUST | | 9/28/2009 | 125-28-811-009 | | $0.00 |
| 11 | From | HERNANDEZ, SALEM RASCON | CAL-WESTERN RECONVEYANCE CORPORATION | 200909280003346 | NOTICE OF TRUSTEE SALE | | 9/28/2009 | 140-22-414-033 | | $0.00 |
| 12 | From | HERNANDEZ, SALEM RASCON | CHASE HOME FINANCE LLC | 200909240001623 | ASSIGNMENT | | 9/24/2009 | 140-22-414-033 | | $0.00 |
| 13 | From | HERNANDEZ, SALEM R | CAL-WESTERN RECONVEYANCE CORPORATION | 200909240001624 | SUBSTITUTION | TRUSTEE | 9/24/2009 | 140-22-414-033 | | $0.00 |
| 14 | To | HERNANDEZ, STEVEN | FARMERS INSURANCE | 200909220000742 | HOSPITAL LIEN | | 9/22/2009 | | | $0.00 |
| 15 | To | HERNANDEZ SONIA | WELLS FARGO BANK NA | 200909220000077 | SUBSTITUTION/RECONVEYANCE | | 9/22/2009 | 163-16-610-026 | | $0.00 |
| 16 | To | HERNANDEZ SONIA | WELLS FARGO BANK NA | 200909220000078 | SUBSTITUTION/RECONVEYANCE | | 9/22/2009 | 163-16-610-026 | | $0.00 |
| 17 | From | HERNANDEZ, SANDRA | RECONTRUST COMPANY NA | 200909210004309 | DEFAULT & ELECTION TO SELL | | 9/21/2009 | 177-25-516-006 | | $0.00 |
| 18 | From | HERNANDEZ, SERGIO | | 200909190000418 | HOMESTEAD | | 9/19/2009 | 124-21-314-070 | | $0.00 |
| 19 | From | HERNANDEZ, SONIA | CALIFORNIA RECONVEYANCE COMPANY | 200909180002433 | NOTICE OF TRUSTEE SALE | | 9/18/2009 | 176-20-313-059 | | $0.00 |
| 20 | To | HERNANDEZ, SALVADOR | TREASURER CLARK COUNTY | 200909160000542 | REDEMPTION | CERTIFICATE | 9/16/2009 | 001-04-813-028 | | $0.00 |
| 21 | To | HERNANDEZ, STACI J HIX | WYNDHAM VACATION RESORTS INC | 200909150001930 | DEED | | 9/15/2009 | 162-21-701-005 | | $59,848.00 |
| 22 | From | HERNANDEZ, SIDELAY RAMOS | LITTON LOAN SERVICING LP | 200909110000372 | ASSIGNMENT | | 9/11/2009 | 176-08-117-147 | | $0.00 |
| 23 | From | HERNANDEZ, SIDELAY RAMOS | NATIONAL DEFAULT SERVICING CORPORATION | 200909110000373 | SUBSTITUTION | TRUSTEE | 9/11/2009 | 176-08-117-147 | | $0.00 |
| 24 | From | HERNANDEZ, SIDELAY | NATIONAL DEFAULT SERVICING | 200909110000374 | NOTICE OF TRUSTEE SALE | | 9/11/2009 | 176-08-117-147 | | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | RAMOS | CORPORATION | | | | | | |
| 25 | To | HERNANDEZ SALVADOR GARCIA | SUNCREST HOMEOWNERS ASSOCIATION | 200909100002839 | NOTICE | RESCISSION | 9/10/2009 | 139-10-411-065 | | $0.00 |
| 26 | From | HERNANDEZ, SALVADOR GARCIA | SUNCREST HOMEOWNERS ASSOCIATION | 200909100002840 | LIEN | | 9/10/2009 | 139-10-411-065 | | $0.00 |
| 27 | To | HERNANDEZ, SALVADOR GARCIA | SUNCREST HOMEOWNERS ASSOCIATION | 200909100002838 | LIEN | RELEASE | 9/10/2009 | 139-10-411-065 | | $0.00 |
| 28 | From | HERNANDEZ, SONIA L | WELLS FARGO BANK NA | 200909040002880 | DEED OF TRUST | | 9/4/2009 | 163-16-610-026 | | $0.00 |
| 29 | To | HERNANDEZ, SOCORRO R | WESTGATE PLANET HOLLYWOOD LAS VEGAS LLC | 200909030003261 | DEED | | 9/3/2009 | 162-21-210-008 | | $15,000.00 |
| 30 | From | HERNANDEZ, SOCORRO R | WESTGATE PLANET HOLLYWOOD LAS VEGAS LLC | 200909030003262 | DEED OF TRUST | | 9/3/2009 | 162-21-210-008 | | $0.00 |
| 31 | To | HERNANDEZ SANTOS | AURORA LOAN SERVICES LLC | 200909020002758 | SUBSTITUTION/RECONVEYANCE | | 9/2/2009 | 163-01-710-072 | | $0.00 |
| 32 | To | HERNANDEZ, SELMA | US BANK NA EE | 200909010003685 | DEED | | 9/1/2009 | 163-09-712-050 | NON COMPLIANT LEFT MARGIN PAGE 3 | $305,000.00 |
| 33 | From | HERNANDEZ, SALOME MENDEZ | FIDELITY NATIONAL TITLE INSURANCE COMPANY | 200909010000403 | SUBSTITUTION | TRUSTEE | 9/1/2009 | 140-05-811-013 | | $0.00 |
| 34 | To | HERNANDEZ, SILVIA SUSANA | JUAREZ, JIMMY RICHARD | 200908310001427 | MARRIAGE CERTIFICATE | | 8/31/2009 | | | $0.00 |
| 35 | To | HERNANDEZ SANDRA LEE | WELLS FARGO BANK NA | 200908310001388 | SUBSTITUTION/RECONVEYANCE | | 8/31/2009 | 124-07-311-034 | | $0.00 |
| 36 | To | HERNANDEZ, SIMONA | TREASURER CLARK COUNTY | 200908270002040 | REDEMPTION | CERTIFICATE | 8/27/2009 | 001-09-610-029 | | $0.00 |
| 37 | From | HERNANDEZ, SALVADOR A | NEVADA STATE | 200908270000607 | JUDGMENT | | 8/27/2009 | | | $0.00 |
| 38 | From | HERNANDEZ, SALVADOR GARCIA | CAL-WESTERN RECONVEYANCE CORPORATION | 200908260003952 | BREACH & ELECTION TO SELL | | 8/26/2009 | 139-10-411-065 | | $0.00 |
| 39 | From | HERNANDEZ, SANDRA D | NATIONAL DEFAULT SERVICING CORPORATION | 200908210000996 | NOTICE OF TRUSTEE SALE | | 8/21/2009 | 124-29-415-064 | | $0.00 |
| 40 | To | HERNANDEZ, SOCORRO | LAS VEGAS CITY | 200908200002452 | LIEN | RELEASE | 8/20/2009 | 140-29-211-037 | | $0.00 |
| 41 | From | HERNANDEZ, SUSANO | LAS VEGAS CITY | 200908200003641 | LIEN | | 8/20/2009 | 139-21-210-008 | | $0.00 |
| 42 | From | HERNANDEZ, SERGIO | CAPITAL ONE BANK USA NA | 200908200000233 | JUDGMENT | DEFAULT | 8/20/2009 | | | $0.00 |
| 43 | From | HERNANDEZ, SOCORRO | GE MONEY BANK | 200908190004369 | JUDGMENT | DEFAULT | 8/19/2009 | | | $0.00 |
| 44 | From | HERNANDEZ, SANTOS | GONZALEZ, JUAN A | 200908190004243 | DEED | | 8/19/2009 | 163-01-710-072 | | $65,000.00 |
| 45 | From | HERNANDEZ, SILVERIO | HERNANDEZ, SILVERIO | 200908190003781 | DEED | | 8/19/2009 | 138-23-812-016 | | $0.00 |
| 46 | To | HERNANDEZ, SILVERIO | HERNANDEZ, SILVERIO | 200908190003781 | DEED | | 8/19/2009 | 138-23-812-016 | | $0.00 |
| 47 | To | HERNANDEZ, SALVADOR GARCIA | NEVADA ASSOCIATION SERVICES INC | 200908190002839 | NOTICE | RESCISSION | 8/19/2009 | 139-10-411-065 | | $0.00 |
| 48 | From | HERNANDEZ, SONYA | ELDORADO DEVELOPMENT CORP | 200908170002633 | DEED OF TRUST | | 8/17/2009 | 177-29-605-010 | | $0.00 |
| 49 | To | HERNANDEZ SONYA | ELDORADO RESORTS CORP | 200908170002632 | DEED | | 8/17/2009 | 177-29-605-010 | | $22,990.00 |
| 50 | To | HERNANDEZ, SILVIA | FANNIE MAE | 200908130003712 | DEED | | 8/13/2009 | 162-08-210-014 | | $110,000.00 |
| 51 | From | HERNANDEZ, SILVIA | FIRST OPTION MORTGAGE | 200908130003713 | DEED OF TRUST | | 8/13/2009 | 162-08-210-014 | | $0.00 |
| | | | DEUTSCHE | | | | | | |

| # | To/From | Name | Counterparty | Document # | Type | Cert | Date | Parcel | Notes | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | To | HERNANDEZ, SALVADOR | BANK NATIONAL TRUST COMPANY EE | 200908130002566 | DEED | | 8/13/2009 | 124-34-323-002 | | $105,000.00 |
| 53 | From | HERNANDEZ, SALVADOR | ENVISION LENDING GROUP INC | 200908130002567 | DEED OF TRUST | | 8/13/2009 | 124-34-323-002 | | $0.00 |
| 54 | From | HERNANDEZ, SANTOS GUILLEN | MTC FINANCIAL INC | 200908130001491 | NOTICE OF TRUSTEE SALE | | 8/13/2009 | 138-36-215-022 | | $0.00 |
| 55 | From | HERNANDEZ, SANDRA LEE | LORING, DENNIS | 200908110001137 | DEED | | 8/11/2009 | 124-07-311-034 | | $139,000.00 |
| 56 | From | HERNANDEZ, SALOME GONZALEZ | NAVARRO, ELISA ANGELA | 200908100001809 | MARRIAGE CERTIFICATE | | 8/10/2009 | | | $0.00 |
| 57 | To | HERNANDEZ, SUSANA | TREASURER CLARK COUNTY | 200908100001185 | REDEMPTION | CERTIFICATE | 8/10/2009 | 001-04-711-003 | | $0.00 |
| 58 | To | HERNANDEZ, SARA E | OAKES, ASA D | 200908070001656 | MARRIAGE CERTIFICATE | | 8/7/2009 | | | $0.00 |
| 59 | From | HERNANDEZ, SIGIFREDO | AMERICAN HOME MORTGAGE SERVICING INC | 200908070000201 | RPTT REFUND | | 8/7/2009 | 139-29-611-150 | | $0.00 |
| 60 | From | HERNANDEZ, SARAH | | 200908030002014 | HOMESTEAD | | 8/3/2009 | 125-12-512-045 | | $0.00 |
| 61 | To | HERNANDEZ, SHANNON NICOLE | LEVY, YAAKOV | 200908030001458 | MARRIAGE CERTIFICATE | | 8/3/2009 | | | $0.00 |
| 62 | To | HERNANDEZ, SILVERIO | MADATHIAN, ARLEN | 200907280005257 | DEED | | 7/28/2009 | 138-23-812-016 | | $75,000.00 |
| 63 | To | HERNANDEZ, SILVERIO | LOZANO, EDITH AZPEITIA | 200907280005258 | DEED | | 7/28/2009 | 138-23-812-016 | | $0.00 |
| 64 | From | HERNANDEZ, SUSANA | CS VANDELAY RECEIVABLES HOLDINGS LLC | 200907280000492 | ASSIGNMENT | | 7/28/2009 | 161-20-613-046 | ASSIGNMENT OF DEED OF TRUST | $0.00 |
| 65 | To | HERNANDEZ, STEPHANIE MICHELLE | GERLOCK, RICHARD A. | 200907240002133 | MARRIAGE CERTIFICATE | | 7/24/2009 | | | $0.00 |
| 66 | From | HERNANDEZ, SANTOS | NATIONAL DEFAULT SERVICING CORPORATION | 200907230004023 | DEFAULT & ELECTION TO SELL | | 7/23/2009 | 124-33-810-017 | | $0.00 |
| 67 | From | HERNANDEZ, SALVADOR GARCIA | SUNCREST HOMEOWNERS ASSOCIATION | 200907220002014 | DEFAULT | | 7/22/2009 | 139-10-411-065 | | $0.00 |
| 68 | From | HERNANDEZ, SANDRA | COOPER CASTLE LAW FIRM THE | 200907220000496 | NOTICE OF TRUSTEE SALE | | 7/22/2009 | 140-33-718-043 | | $0.00 |
| 69 | From | HERNANDEZ, SUSANA | CAPITALSOURCE FINANCE LLC | 200907130004313 | ASSIGNMENT | | 7/13/2009 | 161-20-613-046 | ASSIGNMENT OF DEED OF TRUST | $0.00 |
| 70 | To | HERNANDEZ, SANDRA LEE | GE MONEY BANK | 200907100003456 | SUBSTITUTION/RECONVEYANCE | | 7/10/2009 | 124-07-311-034 | | $0.00 |
| 71 | To | HERNANDEZ, STEPHANIE A | DORFINCO CORPORATION | 200907090003315 | ASSIGNMENT | | 7/9/2009 | 162-21-210-008 | QUITCLAIM PARTIAL RELEASE AND REASSIGNMENT | $0.00 |
| 72 | From | HERNANDEZ, SANDRA LEE | MTC FINANCIAL INC | 200907090001397 | SUBSTITUTION | | 7/9/2009 | 124-07-311-034 | | $0.00 |
| 73 | From | HERNANDEZ, SANDRA LEE | MTC FINANCIAL INC | 200907090001398 | NOTICE OF TRUSTEE SALE | | 7/9/2009 | 124-07-311-034 | | $0.00 |
| 74 | To | HERNANDEZ, SALVADOR | ALCOCK, ROBERT EST | 200907070000096 | ORDER | | 7/7/2009 | 140-28-410-035 | ORDER APPROVING PETITION FOR CONFIRMATION OF PRIVATE SALE OF REAL PROPERTY | $0.00 |
| 75 | To | HERNANDEZ, SALVADOR ALVARADO | GRANT, MICHAEL | 200907070000097 | DEED | | 7/7/2009 | 140-28-410-035 | | $88,000.00 |
| 76 | To | HERNANDEZ, SALVADOR ALVARADO | RIVERA, CANDIDA ARACELY | 200907070000098 | DEED | | 7/7/2009 | 140-28-410-035 | | $0.00 |
| 77 | From | HERNANDEZ, SALVADOR ALVARADO | MOUNTAIN VIEW MORTGAGE COMPANY | 200907070000099 | DEED OF TRUST | | 7/7/2009 | 140-28-410-035 | | $0.00 |
| | | HERNANDEZ, | | | | | | | | |

| # | From/To | Name | Party | Document # | Type | Release | Date | APN | Subtype | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 78 | To | SERVANDO REFUGI | LAS VEGAS CITY | 200907020002279 | LIEN | Release(RL) | 7/2/2009 | 140-30-710-031 | | $0.00 |
| 79 | From | HERNANDEZ, STEVEN | HSBC BANK USA NATIONAL ASSOCIATION EE | 200906300001945 | TRUSTEE DEED | | 6/30/2009 | 125-08-327-043 | | $322,715.95 |
| 80 | From | HERNANDEZ, SUSAN E | HERNANDEZ, PAUL STEVEN EE | 200906300000241 | DEED | | 6/30/2009 | 190-17-411-025 | | $0.00 |
| 81 | To | HERNANDEZ, SUSAN ELIZABETH EE | HERNANDEZ, PAUL STEVEN | 200906300000241 | DEED | | 6/30/2009 | 190-17-411-025 | | $0.00 |
| 82 | From | HERNANDEZ, SYLVIA | | 200906290003299 | HOMESTEAD | | 6/29/2009 | 161-05-510-262 | | $0.00 |
| 83 | From | HERNANDEZ, SONIA | BANK OF NEW YORK MELLON THE EE | 200906250005261 | ASSIGNMENT | | 6/25/2009 | 191-06-519-034 | CORPORATION ASSIGNMENT OF DEED OF TRUST NEVADA | $0.00 |
| 84 | From | HERNANDEZ, SONIA | BANK OF NEW YORK MELLON THE EE | 200906250005262 | TRUSTEE DEED | | 6/25/2009 | 191-06-519-034 | | $828,750.00 |
| 85 | From | HERNANDEZ, SONIA | US BANK NA | 200906230000595 | ASSIGNMENT | | 6/23/2009 | 139-25-610-073 | CORPORATION ASSIGNMENT OF DEED OF TRUST | $0.00 |
| 86 | From | HERNANDEZ, SONIA | NATIONAL DEFAULT SERVICING CORPORATION | 200906230000596 | SUBSTITUTION | | 6/23/2009 | 139-25-610-073 | | $0.00 |
| 87 | From | HERNANDEZ, SONIA | NATIONAL DEFAULT SERVICING CORPORATION | 200906230000597 | NOTICE OF TRUSTEE SALE | | 6/23/2009 | 139-25-610-073 | | $0.00 |
| 88 | From | HERNANDEZ, SOPHIA | ELDORADO DEVELOPMENT CORPORATION | 200906220004504 | TRUSTEE DEED | | 6/22/2009 | 177-29-605-008 | | $327,343.03 |
| 89 | From | HERNANDEZ, SUSAN P | FIRST AMERICAN TITLE COMPANY | 200906180000882 | BREACH | | 6/18/2009 | 177-29-605-008 | | $0.00 |
| 90 | From | HERNANDEZ, SANDRA | VENTA FINANCIAL GROUP INC | 200906170001913 | DEED OF TRUST | | 6/17/2009 | 124-32-412-012 | | $0.00 |
| 91 | From | HERNANDEZ, SANDRA | CONSUMER CREDIT COUNSELING SERVICE OF SOUTHERN NEVADA | 200906170001914 | DEED OF TRUST | | 6/17/2009 | 124-32-412-012 | HOMEBUYERS ASSISTANCE PROGRAM DEED OF TRUST WITH ASSIGNMENTS OF RENTS | $0.00 |
| 92 | To | HERNANDEZ, SUSAN MARIE | SALAZAR, DANIEL EUGENE | 200906160000296 | MARRIAGE CERTIFICATE | | 6/16/2009 | | | $0.00 |
| 93 | From | HERNANDEZ, SANTOS | FIRST NLC FINANCIAL SERVICES LLC | 200906120005543 | DEED OF TRUST | | 6/12/2009 | 124-33-810-017 | | $0.00 |
| 94 | From | HERNANDEZ, SANDRA | PREM DEFERRED TRUST THE | 200906120005527 | TRUSTEE DEED | | 6/12/2009 | 140-30-521-023 | | $52,000.00 |
| 95 | To | HERNANDEZ, SANTOS I | ELDORADO RESORTS CORP | 200906120000145 | DEED | | 6/12/2009 | 177-29-605-010 | | $24,990.00 |
| 96 | From | HERNANDEZ, SANTOS I | ELDORADO DEVELOPMENT CORP | 200906120000146 | DEED OF TRUST | | 6/12/2009 | 177-29-605-010 | | $0.00 |
| 97 | From | HERNANDEZ, SANTOS I | FARMINGTON SAVINGS BANK | 200906120000446 | ASSIGNMENT | | 6/12/2009 | 177-29-605-010 | COLLATERAL ASSIGNMENT OF DEED OF TRUST | $0.00 |
| 98 | From | HERNANDEZ, SANTOS GUILLEN | MTC FINANCIAL INC | 200906090004041 | SUBSTITUTION | | 6/9/2009 | 138-36-215-022 | | $0.00 |
| 99 | From | HERNANDEZ, SERGIO BELTRAN | RECONTRUST COMPANY NA | 200906090003455 | NOTICE OF TRUSTEE SALE | | 6/9/2009 | 139-09-220-041 | | $0.00 |
| 100 | From | HERNANDEZ, SONIA | RECONTRUST COMPANY NA | 200906080006049 | NOTICE OF TRUSTEE SALE | | 6/8/2009 | 139-23-110-178 | | $0.00 |

1 2 3 4 5 6 7 8 9 10 …